# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 25, 2025

## NO.  03-25-00481-CV

**Samsung Electronics America, Inc., Appellant**

**v.**

**Economy Preferred Insurance Company A/S/O Katherine Bryson, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on March 31, 2025.  Appellant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.